# United States Court of Appeals
## For the First Circuit
_____

No. 19-1191

UNITED STATES OF AMERICA,

Appellee,

v.

ALEXIS CANDELARIO-SANTANA, a/k/a "Congo",

Defendant, Appellant.
_____

**JUDGMENT**

Entered: October 8, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The decision of the district court is reversed, and the matter is remanded to the district court with instructions to strike the government's notice of intent to seek the death penalty in this case.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. Francisco A. Besosa, Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico, Scott H. Anderson, Victor O. Acevedo-Hernandez, Mariana E. Bauza Almonte, Kendys Pimentel-Soto, David A. Ruhnke, Javier A. Vega-Villalba